# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, <br><br> Plaintiff, <br><br> v. <br><br> Canyon Hospitality LLC, et al., <br><br> Defendants. | No. CV18-1941 PHX DGC <br><br> **ORDER** |

Pursuant to the Court's own motion, this case is transferred to The Honorable G. Murray Snow pursuant to LRCiv 41(e)(1)(A), (B), and (D). All future filings in this case shall indicate the new case number: CV18-1941 PHX GMS.

Dated this 5th day of July, 2018.

_____
David G. Campbell
United States District Judge