# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>v.<br><br>Canyon Hospitality LLC, et al.,<br><br>    Defendants. | No. CV-18-01941-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** setting a preliminary conference for **July 20, 2018 at 10:15 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

**IT IS FURTHER ORDERED** that Defendant(s) need not file an Answer to the Complaint or a Response to the Motion for Preliminary Injunction until after the Court's conference.

Dated this 11th day of July, 2018.

_____
Honorable G. Murray Snow
United States District Judge